504

CLYDE W. BECKNER, Inc., a corporation, v. WESTERN CONTRACTING COR-PORATION, a corporation.

No. 4051.

United States Court of Appeals Tenth Circuit.

March 15, 1950.

H. L. Snyder and Charles G. Peters, Charleston, West Virginia, for appellant.

Lowell C. Kindig, Sioux City, Iowa, and W. D. Jochems, Wichita, Kansas, for appellee.

Before PHILLIPS, Chief Judge, and BRATTON, HUXMAN, MURRAH and PICKETT, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant.

Bill Kenneth KNIGHT v. Walter A. HUNT-ER, Warden, United States Penitentiary, Leavenworth, Kansas.

No. 4031.

United States Court of Appeals. Tenth Circuit.

March 15, 1950.

No one for appellant.

Lester Luther, United States Attorney, and V. J. Bowersock, Assistant United States Attorney, Topeka, Kan., for appellee.

Before PHILLIPS, Chief Judge, and BRATTON and MURRAH, Circuit Judges.

PER CURIAM.

Dismissed on ground that appeal was moot.